In the Matter of the Judicial Settlement of the Accounts of WILLIAM D. NORTON, as Executor of MARY ANN CRANE, Deceased, Respondent.

CAROLINE C. MURPHY et al., Appellants; BOARD OF FOREIGN MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA et al., Respondents.

*Matter of Norton,* 39 App. Div. 369, affirmed.
(Submitted October 2, 1899; decided October 17, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1899, affirming a decree of the Surrogate's Court of Ontario county settling the accounts of an executor.

*J. H. Metcalf* for appellants.

*James A. Robson* for respondents.

Judgment affirmed, with costs, on prevailing opinion below. All concur.